IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Bender, et al.,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>General Motors LLC, et al.,<br><br>　　　　　Defendants. | No. CV-18-01537-PHX-SPL<br><br>**ORDER** |

　　　　On April 9, 2018, Plaintiffs filed a Complaint in the Maricopa County Superior Court, Case No. CV2018-005784 (Doc. 1-3 at 204). Defendant General Motors LLC removed the action to federal court on May 21, 2018 (Doc. 1).

　　　　Before the Court is Plaintiffs' Motion to Remand or Abstain (Doc. 14). In the response, Defendant General Motors LLC consents to the relief sought and stipulates to a remand of this case to the Superior Court in Maricopa County (Doc. 20). Accordingly,

　　　　**IT IS ORDERED**:

　　　　1. That Plaintiffs' Motion to Remand (Doc. 14) is **granted**, with each party to bear its own costs;

　　　　2. That Plaintiffs' alternative Motion to Abstain is **dismissed as moot**;

　　　　3. That the Clerk of Court shall **remand** this case to Maricopa County Superior Court; and

///

///

4. That the Clerk of Court shall **terminate** this action.

Dated this 17th day of July, 2018.

                                        Honorable Steven P. Logan
                                        United States District Judge